Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for GEORGE JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRS 2:09-CR-0322 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TAKING MATTER OFF CALENDAR |
| v. | ) | AND CONTINUING STATUS FOR PRE- |
| | ) | PLEA REPORT |
| GEORGE JACOBSEN, | ) | |
| | ) | |
| Defendant. | ) | |

### PURPOSE OF STIPULATION

Mr. Jacobsen resides in Reno, Nevada, and has been diagnosed by Dr. John Wicks as having an organic brain dysfunction. Because of the travel hardship to Mr. Jacobsen, it is requested that the matter of re-setting the status conference and return on pre-plea report be disposed by stipulation and order.

On August 23, 2011, the matter was referred to the United States Probation Department for a pre-plea report. Because of time and workload constraints, The Probation Office has requested an additional 6 weeks for report preparation. Mr. Jacobsen is not in custody and is supervised by both Sacramento and the District of Nevada Pretrial

Services Agency. Mr. Jacobsen is doing well on his release program and it is agreed that this proposed continuance will not prejudice either party. Both parties believe that the pre-plea report may be helpful in disposing of this matter without the necessity of a jury trial.

The defendant and all counsel are in agreement with the dates and excludable time under the Speedy Trial Act set forth herein below.

## **STIPULATION**

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the **Status Conference** presently set for return on the pre-plea report, be continued from November 1, 2011 at 9:30 a.m. to **Tuesday, January 10, 2012 at 9:30 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Federal Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii)(Local Codes T2 and T4) through Tuesday, January 10, 2012, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act and for trial preparation of all parties, and preparation of pre-plea report, all pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: October 31, 2011**

*/s/ Mr. Todd D. Leras, Esq.* **(by RMH)**
**MR. TODD D. LERAS,**
**Assistant United States Attorney**
**Counsel the United States**

*/s/ Mr. Robert M. Holley, Esq.*
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Jacobsen**

2

## ORDER

**GOOD CAUSE APPEARING,** the above matter is hereby removed from the November 1, 2012 law and motion calendar and re-set for status conference **Tuesday, January 10, 2012 at 9:30 a.m.** in accordance with the above set-forth stipulation of all parties.

The Court hereby adopts the above stipulated provisions for exclusion of time under the Federal Speedy Trial Act.

**IT IS SO ORDERED.**

**Dated: October 31, 2011.**

**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**United States District Judge**
**for the Eastern District of California**