BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR 2:09-CR-0322 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE: CONTINUANCE OF |
| ) | THE FILING DEADLINE FOR |
| v. ) | GOVERNMENT'S RESPONSE TO MOTION |
| ) | TO DISMISS |
| GEORGE JACOBSEN., ) | |
| ) | |
| ) | Date: July 17, 2012 |
| Defendant. ) | Time: 9:45 a.m. |
| ) | Hon. John A. Mendez |
| ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and George Jacobsen by and through his counsel, Robert Holley, that the due date for the Government's Response to the defendant's Motion to Dismiss be extended. At the time the Motion to Dismiss was filed, the government attorney Assistant United States Attorney Michelle Prince was currently out of the office. Since being back in the office, the government attorney

is currently working on a Response to a Motion to Vacate the Sentence in a child pornography case (2255), preparing multiple child exploitation indictments and sentencing memorandums in preparation for upcoming sentencings.

The government needs additional time to research and complete its filing of the motion. Both counsel for the defendant and the government thereby stipulate that the due date for the Government's Response to the defendant's Motion to Dismiss be extended to July 5, 2012.


DATED: June 27, 2012         /s/ Michelle A. Prince for
                             Robert Holley, ESQ.
                             Attorney for Defendant


DATED: June 27, 2012         /s/ Michelle A. Prince
                             Michelle A. Prince
                             Assistant United States Attorney



The above stipulation of counsel is accepted.

   IT IS SO ORDERED.

Dated: 6/28/2012              /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              UNITED STATES COURT JUDGE